```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

| | |
|---|---|
| LAURENT | CIVIL ACTION |
| VERSUS | NO: 14-2022 |
| NEW ORLEANS CITY ET AL. | SECTION: "J"(5) |

**ORDER**

Before the Court is a *Motion for Entry of Rule 54(b) Final Judgment* **(Rec. Doc. 69)** filed by Defendants BMW of North America, LLC (BMW), Daimler North America Corporation (Daimler), Volkswagen Group of America, Inc. (Volkswagen), Ford Motor Company (Ford), and American Honda Motor Co. Inc. (Honda)(collectively, "automobile manufacturers"), which is unopposed. On February 24, 2015, this Court granted BMW, Daimler, and Volkswagen's *Motion for Summary Judgment* as to all of Plaintiff's claims against them. (Rec. Doc. 55) The Court granted nearly identical motions from Ford and Honda on March 27, 2015, and April 10, 2015, respectively. (Rec. Docs. 61, 66) These Orders (Rec. Docs. 55, 61, 66) fully adjudicated all claims against the automobile manufacturer Defendants in this litigation.[1] Therefore, the Court, having considered the motion for

---

[1] With the exception of Toyota Motor Sales USA, Inc. (Toyota), the claims against which the Court dismissed after receiving notice that Plaintiff and Toyota reached a compromise. (Rec. Doc. 42)

Federal Rule of Civil Procedure 54(b) final judgment, the pleadings, the previous Orders herein (Rec. Docs. 55, 61, 66), and the arguments of counsel, concludes that there is no just reason for delay of the entry of this final judgment. Accordingly,

**IT IS HEREBY ORDERED** that the motion **(Rec. Doc. 69)** is **GRANTED**. This judgment as to Plaintiff's claims against BMW, Daimler, Volkswagen, Ford, and Honda is to constitute a full and final judgment, a full adjudication of all claims against BMW, Daimler, Volkswagen, Ford, and Honda.

New Orleans, Louisiana this 18th day of May, 2015.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE